No. 10-14-00351-CR    PD-0690-15

In the Court Criminal Appeals
Austin, Texas

John Hawkins
V.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 04 2015

The State of Texas

From Appeal No. 10-14-00351-CR
Trial Cause No. 2013-1924-C1

RECEIVED
JUN 01 2015
COURT OF APPEALS
WACO, TEXAS

Abel Acosta, Clerk

First Motion For Extension of Time To File Petition For Discretionary Review

To The Honorable Judges of the Court of Criminal Appeals:
  Comes Now, John Hawkins, Petitioner, and files this Motion for an extension of sixty (60) days in which to file a Petition for Discretionary Review. In Support of this Motion.

I

  The Petitioner was Convicted in the 19th District Court of McLennan County, Texas of the offense of Possession, with intent to deliver a controlled substance, Methamphetamine, in a amount of greater than one gram but less than four grams, in Cause No. 2013-1924-C1 Styled State of Texas VS. John Hawkins. The Petitioner appealed to Court of appeals, Tenth Court of Appeals Supreme Judicial District. The case was affirmed on April 30, 2015.

II

  The Present deadline for filling the Petition for Discretionary Review is (30 days after the affirmed date) May 30, 2015. The Petitioner has not requested any extension prior to this request.

III

  Petitioner's request for an extension is based upon the following facts: Petitioner was Not informed of the decision of the Court of Appeals in affirming his case until May 15, 2015. Since that time Petitioner has been attempting to gain legal representation in this matter.
        WHEREFORE, Petitioner Prays this Court grants this Motion and extend the deadline for filling the Petition For Discretionary Review in Case No. 2013-1924-C1 to July 30, 2015 (60 days)

                                        John Hawkins
                            Texas Department of Criminal Justice
                                Larry Gist unit
                                TDCJ ID # 1977929
                                Beaumont, Texas